# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
### DENVER DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Alteris Renewables, Inc. | § § | Case No. 20-14913 |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/20/2020. The undersigned trustee was appointed on 07/20/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $  152,985.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 55,043.57 |
| Bank service fees | 120.47 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 97,820.96 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 12/14/2020 and the deadline for filing governmental claims was 01/20/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,326.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $0.00 as interim compensation and now requests a sum of $6,326.38, for a total compensation of $6,326.38$^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $37.15, for total expenses of $37.15$^{2}$.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/30/2021     By: /s/Jeanne Y. Jagow Chapter 7 Trustee
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-14913 | TBM | Judge: | Thomas B McNamara | Trustee Name: | Jeanne Y. Jagow Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Alteris Renewables, Inc. | | | | Date Filed (f) or Converted (c): | 07/20/2020 (f) |
| | | | | | 341(a) Meeting Date: | 08/18/2020 |
| For Period Ending: | 08/30/2021 | | | | Claims Bar Date: | 12/14/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Inventory, Office Furniture, Equipment, Trucks located in Bloomfield, CT | 0.00 | 70,000.00 | | 152,985.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $70,000.00 | | $152,985.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8-30-2021 TFR prepared, attorneys fees & expenses paid. Consolidated tax return with parent company Real Goods Solar, Inc.

Initial Projected Date of Final Report (TFR): 12/31/2021     Current Projected Date of Final Report (TFR): 12/31/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 20-14913 | Trustee Name: | Jeanne Y. Jagow Chapter 7 Trustee | |
| Case Name: | Alteris Renewables, Inc. | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX1577 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3699 | Blanket Bond (per case limit): | $58,926,307.00 | |
| For Period Ending: | 08/30/2021 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/29/20 | 1 | Hamilton Group LLC | Auction proceeds | 1129-000 | $152,985.00 | | $152,985.00 |
| 11/16/20 | 1001 | Hamilton Group LLC<br>36 Killingworth Turnpike<br>Clinton, CT 06413-1387 | Auctioneer fees, expenses & costs | | | $31,509.09 | $121,475.91 |
| | | Hamilton Group LLC | ($440.00) | 2420-000 | | | |
| | | Hamilton Group LLC | ($22,947.75) | 3610-000 | | | |
| | | Hamilton Group LLC | ($8,121.34) | 3620-000 | | | |
| 11/16/20 | 1002 | Town of Bloomfield<br>800 Bloomfield Avenue<br>Bloomfield, CT 06002-2460 | 2020 personal property taxes List No. 2019-02-0041092 | 2820-000 | | $1,806.86 | $119,669.05 |
| 12/29/20 | 1003 | FJS Family LLC aka FJS Properties LLC<br>c/0 Frank Sponzo<br>17 East Dudley Town Road<br>Bloomfield, CT 06002 | Administrative rent per 9-18-2020 Court Order | 2410-000 | | $10,500.00 | $109,169.05 |
| 01/05/21 | 1004 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | 2020 Bond premium | 2300-000 | | $58.99 | $109,110.06 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $120.47 | $108,989.59 |
| 08/30/21 | 1005 | Joli A. Lofstedt, Esq., Onsager\|Fletcher\|Johnson, LLC<br>600 17th Street, Suie 425N<br>Denver, CO 80202 | Attorney Fees & Expenses 8-26-2021 Court Order | | | $11,168.63 | $97,820.96 |
| | | Joli A. Lofstedt, Esq., Onsager\|Fletcher\|Johnson, LLC | ($10,567.50) | 3210-000 | | | |
| | | Joli A. Lofstedt, Esq., Onsager\|Fletcher\|Johnson, LLC | ($601.13) | 3220-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $152,985.00 | $55,164.04 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $152,985.00 | $55,164.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Page Subtotals:   $152,985.00   $55,164.04

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $152,985.00 | $55,164.04 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1577 - Checking | $152,985.00 | $55,164.04 | $97,820.96 |
| | $152,985.00 | $55,164.04 | $97,820.96 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $152,985.00 |
| Total Gross Receipts: | $152,985.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-14913-TBM
Debtor Name: Alteris Renewables, Inc.
Claims Bar Date: 12/14/2020

Date: August 30, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Jeanne Y. Jagow<br>P.O. BOX 271088<br>LITTLETON, CO  80127 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,326.38 | $6,326.38 |
| 100 2200 | Jeanne Y. Jagow<br>P.O. BOX 271088<br>LITTLETON, CO  80127 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $37.15 | $37.15 |
| Ch 7 admin 100 2410 | FJS Family LLC aka FJS Properties LLC<br>c/0 Frank Sponzo<br>17 East Dudley Town Road<br>Bloomfield, CT 06002 | Administrative<br>Payment Status:<br>Valid To Pay | Chapter 7 administrative rent paid per 9-18-2020 Court Order Doc # 126 | $0.00 | $10,500.00 | $10,500.00 |
| Ch 7 admin 100 2420 | Hamilton Group LLC<br>36 Killingworth Turnpike<br>Clinton, CT 06413-1387 | Administrative<br>Payment Status:<br>Valid To Pay | Ch 7 admin expense -  cost to secure and inventory CT warehouse assets | $0.00 | $440.00 | $440.00 |
| Ch 7 admin 100 2820 | Town of Bloomfield<br>800 Bloomfield Avenue<br>Bloomfield, CT 06002-2460 | Administrative<br>Payment Status:<br>Valid To Pay | Chap 7 admin expense - 2020 personal property taxes on inventory sold by bankruptcy estate per 9-18-2020 Court Order | $0.00 | $1,806.86 | $1,806.86 |
| Ch 7 Admin 100 3210 | Joli A. Lofstedt, Esq.,<br>Onsager\|Fletcher\|Johnson, LLC<br>600 17th Street, Suie 425N<br>Denver, CO  80202 | Administrative<br>Payment Status:<br>Valid To Pay | Chapter 7 admin expense - trustee's attorney's fees - 8-26-2021 Court Order | $0.00 | $10,567.50 | $10,567.50 |
| Ch 7 Admin 100 3220 | Joli A. Lofstedt, Esq.,<br>Onsager\|Fletcher\|Johnson, LLC<br>600 17th Street, Suie 425N<br>Denver, CO  80202 | Administrative<br>Payment Status:<br>Valid To Pay | Chapter 7 admin expense - trustee's attorney's expenses | $0.00 | $601.13 | $601.13 |
| Ch 7 admin 100 3610 | Hamilton Group LLC<br>36 Killingworth Turnpike<br>Clinton, CT 06413-1387 | Administrative<br>Payment Status:<br>Valid To Pay | Ch 7 admin expense - trustee's CT auctioneer commission | $0.00 | $22,947.75 | $22,947.75 |
| Ch 7 admin 100 3620 | Hamilton Group LLC<br>36 Killingworth Turnpike<br>Clinton, CT 06413-1387 | Administrative<br>Payment Status:<br>Valid To Pay | Ch 7 admin expense - trustee's CT auctioneer expenses | $0.00 | $8,121.34 | $8,121.34 |

Page 1                                                          Printed: August 30, 2021

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-14913-TBM  
Debtor Name: Alteris Renewables, Inc.  
Claims Bar Date: 12/14/2020  
Date: August 30, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| Surplus fund 400 8200 | Bankruptcy Estate of Real Goods Solar Inc. Case No. 20-11590 | Unsecured Payment Status: Valid To Pay | Surplus funds due to parent company case | $0.00 | $91,801.22 | $91,801.22 |
| | Case Totals | | | $0.00 | $153,149.33 | $153,149.33 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-14913
Case Name: Alteris Renewables, Inc.
Trustee Name: Jeanne Y. Jagow Chapter 7 Trustee

Balance on hand $ 97,820.96

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jeanne Y. Jagow | $ 6,326.38 | $ 0.00 | $ 6,326.38 |
| Trustee Expenses: Jeanne Y. Jagow | $ 37.15 | $ 0.00 | $ 37.15 |
| Attorney for Trustee Fees: Joli A. Lofstedt, Esq., Onsager\|Fletcher\|Johnson, LLC | $ 10,567.50 | $ 10,567.50 | $ 0.00 |
| Attorney for Trustee Expenses: Joli A. Lofstedt, Esq., Onsager\|Fletcher\|Johnson, LLC | $ 601.13 | $ 601.13 | $ 0.00 |
| Auctioneer Fees: Hamilton Group LLC | $ 22,947.75 | $ 22,947.75 | $ 0.00 |
| Auctioneer Expenses: Hamilton Group LLC | $ 8,121.34 | $ 8,121.34 | $ 0.00 |
| Other: FJS Family LLC aka FJS Properties LLC | $ 10,500.00 | $ 10,500.00 | $ 0.00 |
| Other: Hamilton Group LLC | $ 440.00 | $ 440.00 | $ 0.00 |
| Other: Town of Bloomfield | $ 1,806.86 | $ 1,806.86 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 6,363.53

Remaining Balance $ 91,457.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $153.55. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $91,456.43.